IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARKUS JAMES THOMAS,**<br>Plaintiff,<br><br>v.<br><br>**WARDEN D. EDWARD MCFADDEN,**<br>**SGT. ROY HAMILTON, SGT. GEROGE**<br>**YOUNG AND CAPT SERGI,**<br>Defendants. | **CIVIL ACTION**<br><br><br><br>NO. 18-1350 |

# O R D E R

**AND NOW**, this 21st day of February, 2019, upon consideration of Defendant's Motion to Dismiss (ECF No. 26), and Plaintiff's response thereto (ECF No. 30), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**